```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3068 |
| | ) | |
| v. | ) | |
| | ) | |
| MELANIE BERMUNEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held before me on this date on allegations made in the amended petition for action on conditions of pretrial release, filing no. 52. The defendant was present with counsel, and was advised of her rights. The defendant admitted the allegations in the report. I therefore find that the allegations of the report are true.

Regarding disposition, both sides requested modification of conditions of release as set forth below.

IT THEREFORE HEREBY IS ORDERED,

The defendant is released on the same conditions, with the following added condition:

The defendant shall:

(7)(l): Participate in mental health treatment/counseling as directed by the supervising officer after an appropriate evaluation and recommendation for treatment by a mental health professional.

Dated January 8, 2009.

                                    BY THE COURT

                                    s/ David L. Piester
                                    David L. Piester
                                    United States Magistrate Judge