IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3068 |
| | ) | |
| v. | ) | |
| | ) | |
| MELANIE BERMUNEZ, | ) | ORDER GRANTING ORAL MOTION TO |
| | ) | CONTINUE REVOCATION HEARING |
| Defendant. | ) | |
| | ) | |

Assistant United States Attorney, Steven A. Russell, orally requested a continuance of the revocation hearing for one week to allow the evaluators to complete the evaluation process.

IT THEREFORE IS ORDERED that:

1. the oral motion to continue the revocation hearing is granted;

2. the revocation hearing is continued until 10:00 a.m. on July 28, 2011, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated July 21, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge