## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 4:08CR3068 |
| Plaintiff, ) | |
| vs. ) | DETENTION ORDER |
| MELANIE BERMUNEZ, ) | PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

  **X**   The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

  ___   The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
 the defendant has offered no evidence indicating that she is not a risk of harm or flight if released.

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   July 10, 2012            BY THE COURT:

                                            *s/Cheryl R. Zwart*
                                            Cheryl R. Zwart
                                            United States Magistrate Judge